UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEREMY L. MAESTAS,<br><br>Petitioner,<br><br>vs.<br><br>JIM SALMONSEN, AUSTIN KNUDSEN,<br><br>Respondents. | Case No. CV-21-065-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 5) judgment is entered in favor of Respondents and against Petitioner.

Dated this 1st day of December 2021.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk